JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SANCHEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE, INC. d/b/a AMR GLOBAL MEDICAL RESPONSE, and HOVG, LLC d/b/a BAY AREA CREDIT SERVICE<br><br>　　　　Defendants. | Case No.: 2:23-CV-07383 MAA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS AMERICAN MEDICAL RESPONSE, INC. d/b/a AMR GLOBAL MEDICAL RESPONSE, and HOVG, LLC d/b/a BAY AREA CREDIT SERVICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendants American Medical Response, Inc. d/b/a AMR Global Medical Response, and HOVG, LLC d/b/a Bay Area Credit Service ("Defendants"), and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Defendants American Medical Response, Inc. d/b/a AMR Global Medical Response, and HOVG, LLC d/b/a Bay Area Credit Service. All dates and deadlines in this matter are vacated.

//
//
//
//

**IT IS ORDERED.**

Dated: November 29, 2023

_____
Honorable Andre Birotte, Jr.
United States District Judge